**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Christopher M. Magee,

     Petitioner,

        v.                     Case No.   1:21-cv-00123

Warden, Chillicothe
Correctional Institution,

     Respondent.

## <u>ORDER</u>

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on March 25, 2026.

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner.  *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 25) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 25) of the Magistrate Judge is hereby **ADOPTED.**  Consistent with the recommendation by the Magistrate Judge, the petition is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

                             *s/Michael R. Barrett*
                             Michael R. Barrett, Judge
                             United States District Court